IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **SAMUEL HOROWITZ**, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Civil No. **05-839-MJR** |
| | ) |
| **C/O ESSARY and C/O MURRAY,** | ) |
| | ) |
| Respondent. | ) |

### **ORDER**

**PROUD, Magistrate Judge:**

Before the Court is Plaintiff's Motion for Leave to Take Deposition Upon Oral examination by Non-Stenographic Means.  **(Doc. 10).**

Plaintiff is a pro se inmate in the custody of the IDOC.  He brings suit under 42 U.S.C. §1983.  An order on preliminary review was entered one on July 17, 2006.  **See, Doc. 7.**

Plaintiff indicates that he wants to take the depositions of unidentified non-party witnesses and of defendants by means of tape recording at Menard Correctional Center.  As defendants have not yet entered an appearance, the motion is premature.

Upon consideration and for good cause shown, Plaintiff's Motion for Leave to Take Deposition Upon Oral examination by Non-Stenographic Means **(Doc. 10)** is **DENIED**.

**IT IS SO ORDERED.**

DATE:  **September 20, 2006.**

**s/ Clifford J. Proud**
**CLIFFORD J. PROUD**
**U.S. MAGISTRATE JUDGE**
